# Pay Stub Detail

**Banner ID:** M01594428
**SSN/SIN/TIN:** *****0690
**Employee:** Edward M Gutting
**Address:** No address on file.

**Pay Date:** Oct 31, 2013
**Pay Period:** Oct 01, 2013-Oct 31, 2013

Summary | Earnings | Benefits, Deductions and Taxes | Check or Direct Deposit

## Summary

| Type | Current Period |
|---|---|
| Gross Amount: | $3,468.00 |
| Total Personal Deductions: | $1,375.49 |
| Net Amount: | $2,092.51 |
| Total Employer Contributions: | $954.09 |

## Earnings

| Job | Earnings | Hours or Units | Rate | Amount |
|---|---|---|---|---|
| Instructor NT-9 month appt | Regular | | | $3,468.00 |
| | | | Total: | $3,468.00 |
| **Non Cash Earnings** | | | | |
| Instructor NT-9 month appt | Deferred Pay Accural | 1.00 | | $1,156.00 |

## Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Pre-Tax Dental Insurance | $0.00 | $33.03 | |
| Pre-Tax Medical | $0.00 | $418.16 | |
| Pre-Tax Medical Wellness | $30.00 | $0.00 | |
| **Taxes** | | | |
| Federal Withholding Tax | $241.34 | $0.00 | $3,446.40 |
| FICA | $213.67 | $213.67 | $3,446.40 |
| Medicare Additional Tax | $0.00 | $0.00 | $3,446.40 |
| Medicare Tax | $49.98 | $49.98 | $3,446.40 |
| Missouri Withholding Tax | $133.00 | $0.00 | $3,446.40 |
| **Deductions after Federal Tax** | | | |
| Accidental Death 2x BAE CURP | $0.00 | $1.51 | |
| Accidental Death CURP | $0.00 | $0.90 | |
| Basic Life Insurance 1 times Salary or $50,000 - Based on CURP | $0.00 | $4.00 | |
| Basic Life Insurance 2 times Salary (Sum both Basic Life for Coverage Amount) | $0.00 | $6.72 | |
| College & Univ. Retirement | $0.00 | $221.26 | $3,468.00 |
| Federal Withholding Order | $707.50 | $0.00 | |

| | | | | |
|---|---|---|---|---|
| Long Term Disability | | | $0.00 | $4.86 |
| | | Total: | $1,375.49 | $954.09 |

## *Federally Taxable Benefits*

| Benefit | Amount |
|---|---|
| Life Ins Imputed Income | $8.40 |

## *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 1359 | Direct Deposit | BANK OF BOLIVAR | Savings | $2,092.51 |

[ Printer Friendly ]

Summary | Earnings | Benefits, Deductions and Taxes | Federally Taxable Benefits | Check or Direct Deposit

Select a new Pay Stub

# Pay Stub Detail

**Banner ID:** M01594428  
**SSN/SIN/TIN:** *****0690  
**Employee:** Edward M Gutting  
**Address:** No address on file.  

**Pay Date:** Sep 30, 2013  
**Pay Period:** Sep 01, 2013-Sep 30, 2013  

Summary | Earnings | Benefits, Deductions and Taxes | Check or Direct Deposit

## *Summary*

| Type | Current Period |
|---|---|
| Gross Amount: | $3,468.00 |
| Total Personal Deductions: | $1,375.49 |
| Net Amount: | $2,092.51 |
| Total Employer Contributions: | $954.09 |

## *Earnings*

| Job | Earnings | Hours or Units | Rate | Amount |
|---|---|---|---|---|
| Instructor NT-9 month appt | Regular | | | $3,468.00 |
| | | | Total: | $3,468.00 |
| **Non Cash Earnings** | | | | |
| Instructor NT-9 month appt | Deferred Pay Accrual | 1.00 | | $1,156.00 |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Pre-Tax Dental Insurance | $0.00 | $33.03 | |
| Pre-Tax Medical | $0.00 | $418.16 | |
| Pre-Tax Medical Wellness | $30.00 | $0.00 | |
| **Taxes** | | | |
| Federal Withholding Tax | $241.34 | $0.00 | $3,446.40 |
| FICA | $213.68 | $213.68 | $3,446.40 |
| Medicare Additional Tax | $0.00 | $0.00 | $3,446.40 |
| Medicare Tax | $49.97 | $49.97 | $3,446.40 |
| Missouri Withholding Tax | $133.00 | $0.00 | $3,446.40 |
| **Deductions after Federal Tax** | | | |
| Accidental Death 2x BAE CURP | $0.00 | $1.51 | |
| Accidental Death CURP | $0.00 | $0.90 | |
| Basic Life Insurance 1 times Salary or $50,000 - Based on CURP | $0.00 | $4.00 | |
| Basic Life Insurance 2 times Salary (Sum both Basic Life for Coverage Amount) | $0.00 | $6.72 | |
| College & Univ. Retirement | $0.00 | $221.26 | $3,468.00 |
| Federal Withholding Order | $707.50 | $0.00 | |

|  | $0.00 | $4.86 |
|---|---|---|
| Total: | $1,375.49 | $954.09 |

## *Federally Taxable Benefits*

| Benefit | Amount |
|---|---|
| Life Ins Imputed Income | $8.40 |

## *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 1348 | Direct Deposit | BANK OF BOLIVAR | Savings | $2,092.51 |

[ Printer Friendly ]

Summary | Earnings | Benefits, Deductions and Taxes | Federally Taxable Benefits | Check or Direct Deposit

Select a new Pay Stub