# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | In Proceedings for a Plan under Chapter 13 |
| Edward M Gutting & Angela M Hornsby-Gutting | Case No.: 13-61761-abf-13 |
| Debtors | |
| SSN XXX-XX-0690 | |
| SSN XXX-XX-7110 | |

## ORDER DIRECTING EMPLOYER TO MAKE PAYMENTS TO TRUSTEE

It is ORDERED that the herein named employer of the debtor noted above is hereby directed, until further ORDER of this Court, to deduct from the earnings of the debtor, beginning with the next payday following the receipt of said ORDER, and to pay directly for the debtor forthwith the payments listed on the schedule below to:

   Richard V. Fink
   Chapter 13 Trustee
   P.O. Box 1839
   Memphis, TN 38101-1839

It is further ORDERED that the employer notify the Trustee of any termination of employment of the debtor and the reason for such termination, and it is further

ORDERED that all salary, commissions and wages of the debtor, except the amount required to be withheld by the provisions of any federal or state law, or regulation on insurance, pension or union dues agreement between the employer and the debtor, or by the Order of the Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure, and that no deduction other than the authorized or directed deductions by this Order be made by said employer.

You can contact the Trustee's office at (816) 842-1031.

Failure to comply with this Order may result in the debtor's plan being dismissed.

   Missouri State University
   ATTN: Payroll Department
   901 S National
   Springfield, MO  65897

Date:  November 22, 2013                                           /s/ Arthur B. Federman

                                                                   Bankruptcy Judge

---

**PLAN PAYMENTS - EDWARD M GUTTING**

| Due Date | | Periods |
|---|---|---|
| December 21, 2013 | $1,210.00  monthly | Until further Order of the Court |