# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: EDWARD M GUTTING  CASE NUMBER: 1361761
DEBTOR 2 NAME: ANGELA M HORNSBY-GUTTING

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    11/25/2013    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

EDWARD M GUTTING,5090 E CHERRY HILLS BLVD,SPRINGFIELD MO 65809
MISSOURI STATE UNIVERSITY,901 S NATIONAL,SPRINGFIELD MO 65897

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    11/25/2013            Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                                          In Proceedings for a Plan under
                                                                Chapter 13

Edward M Gutting & Angela M Hornsby-Gutting
                                                                Case No.:  13-61761-abf-13

Debtors

    SSN XXX-XX-0690
    SSN XXX-XX-7110

## ORDER DIRECTING EMPLOYER TO MAKE PAYMENTS TO TRUSTEE

   It is ORDERED that the herein named employer of the debtor noted above is hereby directed, until further ORDER of this Court, to deduct from the earnings of the debtor, beginning with the next payday following the receipt of said ORDER, and to pay directly for the debtor forthwith the payments listed on the schedule below to:

   Richard V. Fink
   Chapter 13 Trustee
   P.O. Box 1839
   Memphis, TN 38101-1839

   It is further ORDERED that the employer notify the Trustee of any termination of employment of the debtor and the reason for such termination, and it is further

   ORDERED that all salary, commissions and wages of the debtor, except the amount required to be withheld by the provisions of any federal or state law, or regulation on insurance, pension or union dues agreement between the employer and the debtor, or by the Order of the Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure, and that no deduction other than the authorized or directed deductions by this Order be made by said employer.

   You can contact the Trustee's office at (816) 842-1031.

   Failure to comply with this Order may result in the debtor's plan being dismissed.

   Missouri State University
   ATTN:  Payroll Department
   901 S National
   Springfield, MO  65897

Date:  November 22, 2013                                        /s/ Arthur B. Federman

                                                                Bankruptcy Judge

| PLAN PAYMENTS - EDWARD M GUTTING | | |
|---|---|---|
| Due Date | | Periods |
| December 21, 2013 | $1,210.00  monthly | Until further Order of the Court |