# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **EDWARD M GUTTING**
**ANGELA M HORNSBY-GUTTING**

Case No.: 13-61761-abf-13

**Debtors**

## TRUSTEE'S OBJECTION TO EXEMPTIONS

Comes now Richard V. Fink, Chapter 13 Trustee, and files this objection to the debtor's exemptions.  The debtor filed a Schedule C about November 21, 2013.  The Chapter 13 Trustee objects to the claimed exemptions for the following reasons:

The debtor is claiming a $1,250 homestead exemption on a 2003 Mazda 6 under RSMo § 513.475. Said exemption statute appears to be inappropriate as the vehicle does not qualify as a homestead.

Wherefore, the Chapter 13 Trustee requests that the Court consider these objections to the debtor's claimed exemptions.

January 06, 2014

Respectfully submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd., Ste. 800

**NOTICE OF OBJECTION**

**Any response to the objection must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order granting the objection to exemptions.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
LICATA BANKRUPTCY FIRM PC (427669) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RB    /Objection - Exemptions