IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:     Edward M Gutting             )     Case No. 13-61761
           Angela M Hornsby-Gutting     )
                         Debtor(s)      )

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Debtors, for their Response to the Trustee's Motion to Dismiss, state the following.

1. Debtors filed for chapter 13 relief on November 21, 2013.

2. Debtors plan calls for their Employer, Missouri State University, to withhold and make plan payments to the Chapter 13 Trustee.

3. On January 8, 2014, Debtors were informed by their employers that the money for their December plan payment has been withheld from their paychecks and that the money will be sent to the Trustee January 8, 2014.

WHEREFORE, Debtors pray that the Court deny the Trustee Motion to Dismiss and for such other relief as the Court deems just and proper.

Dated: 01/09/2014                    Respectfully submitted,
                                     LICATA BANKRUPTCY FIRM, P.C.

                                     /s/ Matthew J. Isaacson
                                     Matthew J. Isaacson, Mo 57894
                                     1442 E. Bradford Parkway
                                     Springfield, MO 65804
                                     (417) 887-3328 / Fax (417) 887-8091
                                     ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, the foregoing was delivered via e-mail to the that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to that are not registered to receive electronic filings on ECF.

Richard V. Fink, Trustee

/s/ Matthew J. Isaacson