IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:    Edward M Gutting            )    Case No. 13-61761-13
         Angela M Hornsby-Gutting    )
                    Debtors    )

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, the Notice and Order Setting Hearing on the Motion to Avoid Lien was delivered via e-mail to all necessary parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to all necessary parties that are not registered to receive electronic filings on ECF.

EZ Money/MM Finance
525 S Glenstone
Springfield, MO 65802

Julie A Anderson
423 Westport Rd
Ste. 200
Kansas City, MO 64111

Dated: 01/13/2014

Respectfully submitted,
LICATA BANKRUPTCY FIRM, P.C.

/s/ Matthew J. Isaacson
Matthew J. Isaacson #57894
1442 E Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTORS