# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: EDWARD M GUTTING                                           CASE NUMBER: 1361761
DEBTOR 2 NAME: ANGELA M HORNSBY-GUTTING

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    1/15/2014    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

EDWARD M GUTTING,5090 E CHERRY HILLS BLVD,SPRINGFIELD MO 65809

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    1/15/2014              Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  EDWARD M GUTTING
         ANGELA M HORNSBY-GUTTING

Case No.: 13-61761-abf-13

**Debtors**

## WITHDRAWAL OF TRUSTEES MOTION TO DISMISS CASE FOR FAILURE TO COMMENCE MAKING TIMELY PAYMENTS PURSUANT TO 11 USC SECTION 1326(A)(1)

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustees Motion to Dismiss Case for failure to commence making timely payments pursuant to 11 USC section 1326(a)(1) (document # 24) filed on or about January 06, 2014, and in support thereof states:

1) On or about January 06, 2014, the trustee filed a(n) Trustees Motion to Dismiss Case for failure to commence making timely payments pursuant to 11 USC section 1326(a)(1).

The Trustee requests that the Court withdraw the Trustees Motion to Dismiss Case for failure to commence making timely payments pursuant to 11 USC section 1326(a)(1).

January 14, 2014

Respectfully Submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd, Ste. 800
Kansas City, MO 64106-1901

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
LICATA BANKRUPTCY FIRM PC (427669)

/s/ Richard V. Fink, Trustee

RB     /Withdraw al - Generic