IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:     Edward M Gutting           )     Case No. 13-61761
           Angela M Hornsby-Gutting   )
                         Debtor(s)    )

## RESPONSE TO TRUSTEE MOTION TO DENY CONFIRMATION OF PLAN

Debtors, for their Response to the Trustee's Motion to Deny Confirmation of Plan, state the following.

1. The Debtors received $10,329 as proceeds from the sale of their home in Mississippi. They used the proceeds for living expenses, replacing household items, and trying to get caught up on past bills.

2. Debtors filed a Motion to Avoid the Judgment Lien of EZ Money on January 9, 2014.

3. Debtors filed a Motion to Avoid the Judgment Lien of Capital One on January 9, 2014.

4. Debtors currently proposed plan should be confirmed.

WHEREFORE, Debtors pray that the Court deny the Trustee Motion to Deny Confirmation of Plan, that Debtors' plan be confirmed, and for such other relief as the Court deems just and proper.

Dated: 01/27/2014

Respectfully submitted,
LICATA BANKRUPTCY FIRM, P.C.

/s/ Matthew J. Isaacson
Matthew J. Isaacson, Mo 57894
1442 E. Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2014, the foregoing was delivered via e-mail to the that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to that are not registered to receive electronic filings on ECF.

Richard V. Fink, Trustee

/s/ Matthew J. Isaacson