B6C (Official Form 6C) (4/13)

In re **Edward M. Gutting,**
**Angela M. Hornsby-Gutting**,
Debtors

Case No. **13-61761**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Home at 5090 E. Cherry Hills Blvd, Springfield, MO. | RSMo § 513.475 | 15,000.00 | 163,000.00 |
| **Cash on Hand** | | | |
| Cash | RSMo § 513.430.1(3) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Savings account at Bolivar Bank | RSMo § 513.430.1(3) | 300.00 | 300.00 |
| Checking and savings account at Regions Bank | RSMo § 513.430.1(3) | 130.00 | 130.00 |
| **Household Goods and Furnishings** | | | |
| Beds, bedroom furniture, washer, dryer, living room furniture, kitchen table and chairs, household electronics, books, pictures, wall hangings, 3 computers, grill, household tools, kitchen appliances, and other small knick knacks | RSMo § 513.430.1(1) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| Clothing | RSMo § 513.430.1(1) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | RSMo § 513.430.1(2) | 1,000.00 | 1,000.00 |
| **Interests in Insurance Policies** | | | |
| Term life insurance policies<br>No cash value | RSMo § 513.430.1(7) | 100% | Unknown |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 3 Retirement accounts - Missouri State and Virginia Wesleyan | RSMo § 513.430.1(10)(f) | 33,000.00 | 33,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Mazda 6 | RSMo § 513.430.1(5)<br>RSMo § 513.430.1(3)<br>RSMo § 513.440 Amended 1/6/14 | 3,000.00<br>750.00<br>1,250.00 | 5,100.00 |
| 2001 Toyota Rav4<br>Vehicle is not running | RSMo § 513.430.1(5) | 1,000.00 | 1,000.00 |
| | Total: | 57,450.00 | 205,550.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy