B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re  Edward M. Gutting
Angela M. Hornsby-Gutting
                              Debtor(s)

Case No.  13-61761
Chapter  13

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  January 6, 2014          Signature  /s/ Edward M. Gutting
                                          Edward M. Gutting
                                          Debtor

Date  January 6, 2014          Signature  /s/ Angela M. Hornsby-Gutting
                                          Angela M. Hornsby-Gutting
                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.