IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:    Edward M Gutting            )    Case No. 13-61761-13
          Angela M Hornsby-Gutting    )
                        Debtors       )

### NOTICE OF WITHDRAWAL OF MOTION TO AVOID LIEN WITH EZ MONEY/MM FINANCE

COMES NOW Debtors, by and through counsel, and withdraws Court document twenty-eight (28), Debtors' Motion to Avoid Lien with EZ Money/MM Finance.

Dated: 01/31/2014                Respectfully submitted,
                                 Licata Bankruptcy Firm, P.C.

                                 /s/Matthew J. Isaacson
                                 Matthew J. Isaacson, Mo# 57894
                                 1442 E Bradford Parkway
                                 Springfield, MO 65804
                                 (417) 887-3328 / Fax (417) 887-8091
                                 ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, the foregoing was delivered via e-mail to all necessary parties registered to receive electronic filings on ECF, and regular first class, postage prepaid to all necessary parties that are not registered to receive electronic filings on ECF.

                                 /s/ Matthew J. Isaacson

Julie A Anderson
423 Westport Rd
Ste. 200
Kansas City, MO 64111