IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:     Edward M Gutting            )   Case No. 13-61761-13
           Angela M Hornsby-Gutting    )
                          Debtors      )

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, the Order Granting the Motion to Avoid Lien was delivered via e-mail to all necessary parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to all necessary parties that are not registered to receive electronic filings on ECF.

Capital One
PO Box 30281
Salt Lake City, UT 84130

Cohen, McNeile & Pappas PC
4601 College Blvd., Ste 200
Leawood, KS 66211

Dated: 01/31/2014                Respectfully submitted,
                                 LICATA BANKRUPTCY FIRM, P.C.

                                 /s/ Matthew J. Isaacson
                                 Matthew J. Isaacson #57894
                                 1442 E Bradford Parkway
                                 Springfield, MO 65804
                                 (417) 887-3328 / Fax (417) 887-8091
                                 ATTORNEY FOR DEBTORS