# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: EDWARD M GUTTING         CASE NUMBER: 1361761
DEBTOR 2 NAME: ANGELA M HORNSBY-GUTTING

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___2/4/2014___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

EDWARD M GUTTING,5090 E CHERRY HILLS BLVD,SPRINGFIELD MO 65809

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___2/4/2014___         Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  EDWARD M GUTTING
       ANGELA M HORNSBY-GUTTING

                                  Case No.:  13-61761-abf-13

       **Debtors**

## MOTION TO DISMISS FAILURE TO COOPERATE

    Comes now Richard V. Fink, Chapter 13 Trustee, and moves to dismiss and in support thereof states:

This case was selected for a random internal audit. The trustee sent a letter on or about December 2, 2013, to the debtors and debtors' attorney requesting various documentation related to the internal audit.

The trustee has not received all requested documentation as of this date.

Wherefore, the Chapter 13 Trustee moves the Court for an Order dismissing the above captioned case without prejudice.

                                                /s/ Richard V. Fink, Trustee

    February 03, 2014

                                                Richard V. Fink, Trustee
                                                818 Grand Blvd., Suite 800
                                                Kansas City, MO 64106-1901

**NOTICE OF MOTION**

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), this proceeding will be dismissed by separate Order of the Court.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
LICATA BANKRUPTCY FIRM PC (427669) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RB    /Motion - Dismiss - Failure to Cooperate