# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  EDWARD M GUTTING
       ANGELA M HORNSBY-GUTTING

Case No.: 13-61761-abf-13

**Debtors**

## WITHDRAWAL OF TRUSTEES MOTION TO DISMISS CASE FOR FAILURE TO COOPERATE

   Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustees Motion to Dismiss Case for Failure to Cooperate (document # 49) filed on or about February 03, 2014, and in support thereof states:

   1) On or about February 03, 2014, the trustee filed a(n) Trustees Motion to Dismiss Case for Failure to Cooperate.

   The Trustee requests that the Court withdraw the Trustees Motion to Dismiss Case for Failure to Cooperate.

February 07, 2014

Respectfully Submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd, Ste. 800
Kansas City, MO 64106-1901

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
LICATA BANKRUPTCY FIRM PC (427669)

/s/ Richard V. Fink, Trustee

RB    /Withdrawal - Generic