# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: EDWARD M GUTTING  CASE NUMBER: 1361761
DEBTOR 2 NAME: ANGELA M HORNSBY-GUTTING

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___12/15/2015___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

EDWARD M GUTTING,5090 E CHERRY HILLS BLVD,SPRINGFIELD MO 65809
INTERNAL REVENUE SERVICE,PO BOX 7346,PHILADELPHIA PA 19101-7346

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___12/15/2015___        Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  Edward M Gutting
Angela M Hornsby-Gutting

Debtors

Case No.:  13-61761-abf-13

Non-Governmental Bar Date:  April 15, 2014

Governmental Bar Date:  May 20, 2014

Dated:  December 14, 2015

## NOTICE ALLOWING CLAIM AS AMENDED

Comes now the Standing Chapter 13 Trustee who shows the Court that the following claim was amended and moves that the claim be allowed as provided herein:

**Court Claim No.:** 1-5

**Trustee Claim No.:** 4

Internal Revenue Service
Po Box 7317
Philadelphia, PA  19101-7317

**Claim Filed Date:** December 08, 2015

**Special Remarks:**

Taxes - Priority (Pr)

**Claim Amount:**  $19,075.63

**Monthly Payment:**  $0.00

**Principal Paid:** $13,816.63

**Balance Owed:**  $5,259.00

**Account:**  0690

**Percent to be Paid:**  100.00 %

**Interest Paid:** $0.00

**Interest Rate:**  0.00

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001 (F) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as filed unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

Dated:  December 14, 2015

/s/   Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

# NOTICE

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

INTERNAL REVENUE SERVICE (108815)

/s/ Richard V. Fink, Trustee

HP/Notice - Amended Claim

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:   Edward M Gutting<br>         Angela M Hornsby-Gutting | Case No.:  13-61761-abf-13 |
| | Non-Governmental Bar Date:  April 15, 2014 |
| | Governmental Bar Date:  May 20, 2014 |
| Debtors | Dated:  December 15, 2015 |

## NOTICE ALLOWING CLAIM AS AMENDED

Comes now the Standing Chapter 13 Trustee who shows the Court that the following claim was amended and moves that the claim be allowed as provided herein:

**Court Claim No.:** 1-5

**Trustee Claim No.:** 51                         General Unsecured

Internal Revenue Service                **Claim Amount:** $2,479.06        **Percent to be Paid:** 100.00 %
Po Box 7317
Philadelphia, PA  19101-7317            **Monthly Payment:** $0.00         **Interest Paid:** $0.00

                                        **Principal Paid:** $869.43        **Interest Rate:** 0.00

**Claim Filed Date:** December 08, 2015   **Balance Owed:** $1,609.63

**Special Remarks:**                    **Account:** 0690

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001 (F) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as filed unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

Dated:  December 14, 2015                    /s/   Richard V. Fink, Trustee
                                             _____
                                             Richard V. Fink, Trustee
                                             2345 Grand Blvd., Ste. 1200
                                             Kansas City, MO 64108-2663
                                             (816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.**  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

INTERNAL REVENUE SERVICE (108815)

/s/ Richard V. Fink, Trustee

HP/Notice - Amended Claim