IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN RE:  Edward M. Gutting
         Angela M. Hornsby-Gutting     )
                                           )  Case No. 13-61761
                                           )
              Debtor(s)       )

## CERTIFICATE OF SERVICE

I hereby certify that on 05/11/2016 the Federal and State Income Tax returns were provided to the Chapter 13 Trustee by electronic upload to the FTP site.

Dated: 05/13/2016                           Respectfully submitted,
                                             LICATA BANKRUPTCY FIRM, P.C.

/s/Marc D. Licata
Marc D. Licata, Mo 54957
J. Paige Wright, Mo 65084
1442 E. Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTOR